**IT IS SO ORDERED.**

**Dated:  10:43 AM December 08 2009**

MARILYN SHEA-STONUM
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| Timakya Cooper | : | Case No.: 05-52632 |
| | : | Chapter 13 |
| Debtor(s). | : | Judge Marilyn Shea-Stonum |
| | : | * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

**AGREED ORDER GRANTING RELIEF FROM STAY AND CO-DEBTOR STAY AS TO REAL PROPERTY LOCATED AT 807 SHERIDAN, AKRON, OH 44307 (DOCKET NO. 89)**

This matter came to be considered on the Motion for Relief from Stay and Co-Debtor Stay (the "Motion") filed by OneWest Bank, FSB ("Creditor") as Docket Number 89 with respect to certain real property located at 807 Sheridan, Akron, OH 44307 (the "Property").

Creditor has alleged that good cause exists for granting the Motion and that Timakya Cooper ("Debtor"), Co-Debtor, counsel for the Debtor, the Trustee, and all other necessary

09-59666-111309-mas2

parties were served with the Motion and with notice of the hearing date of the Motion. No party has filed a response or otherwise appeared in opposition to the Motion.

Based on this, it appears appropriate to grant the relief requested.

**IT IS THEREFORE ORDERED:**

1. The Motion is granted and the automatic stay imposed by 11 U.S.C. § 362(a) and the Co-Debtor stay of 11 U.S.C. § 1301 of the Bankruptcy Code is terminated with respect to Creditor and its successors and assigns, regarding the Property.

2. The Chapter 13 Trustee shall discontinue payments to Creditor on its claim under the Chapter 13 Plan filed by the Debtor. Creditor is directed to file a report of sale promptly following liquidation of the Property if any excess proceeds have been received. Creditor is given leave to file an unsecured deficiency claim within one year of the date this agreed order is entered by the Court, subject to extension by motion for good cause shown.

###

**Submitted by:**

/s/ Stacey A. O'Stafy_____
Stacey A. O'Stafy (0070386)
P.O. Box 165028
Columbus OH  43216-5028
Telephone:  614-220-5611
Fax:  614-627-8181
Email:  sao@mdk-llc.com
Attorney for Creditor


Approved by:


/s/  Robert M. Whittington, Jr._____
Robert M. Whittington, Jr. (0007851)
Key Building, Suite 1023
159 South Main Street
Akron, OH  44308
Telephone:  330-384-8484
Fax:  330-384-8953
Email:  elkwhitt@neo.rr.com
Attorney for Debtor

/s/ Keith L. Rucinski_____
Keith L. Rucinski, Chapter 13 Trustee
Ohio Reg. No. 0063137
Joseph A. Ferrise, Staff Attorney
Ohio Reg. No. 0084477
One Cascade Plaza, Suite 2020
Akron, Ohio 44308
Tel 330.762.6335
Fax 330.762.7072
Krucinski@ch13akron.com
jferrise@ch13akron.com


09-59666-111309-mas2

Copies to:

Shaun L. Cooper
Non-filing Co-Debtor
807 Sheridan
Akron, OH 44307
(notified by regular US Mail)

Shaun L. Cooper
Non-filing Co-Debtor
915 Mull Ave., #1J
Akron, OH 44313
(notified by regular US Mail)

Timakya Cooper
Debtor
807 Sheridan
Akron, OH 44307
(notified by regular US Mail)

Timakya Cooper
Debtor
915 Mull Ave., #1J
Akron, OH 44313
(notified by regular US Mail)

Stacey A. O'Stafy
Attorney for Creditor
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028
(notified by ecf)

Keith Rucinski
Chapter 13 Trustee
One Cascade Plaza
Suite 2020
Akron, OH 44308
(notified by ecf)

Summit County Fiscal Officer
Party of Interest
175 South Main Street
Akron, OH 44308
(notified by regular US Mail)

Office of U.S. Trustee
Northern District of Ohio
Howard Metzenbaum U.S. Courthouse
Party of Interest
201 Superior Avenue
Cleveland, OH 44114
(notified by ecf)

Robert M. Whittington, Jr.
Attorney for Debtor
Key Building, Suite 1023
159 South Main Street
Akron, OH  44308
(notified by ecf)

09-59666-111309-mas2